JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE L. JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN HEDGPETH,<br><br>　　　　　Respondent. | Case No. CV 10-330-JFW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed for lack of jurisdiction.

DATED: 3/29/10

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge